UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CRIMINAL ACTION NO.:** _____ **(JCH)**

**ELECTRONIC FILING ORDER IN CRIMINAL CASES**

The Court orders that the parties shall file all documents in this case electronically. Counsel are reminded that they must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

   **All pleadings (including briefs and exhibits) relating to the following:**

   a. Motions to dismiss;
   b. Motions to suppress;
   c. Motions to modify presentence reports;
   d. Requested jury instructions;
   e. Trial briefs; and
   f. **Any other motion, request or application which, taking it together with all related filings (e.g., memo in support, affidavits) are in excess of 20 pages.**

**SO ORDERED.**

                                      /s/ Janet C. Hall
                                      Janet C. Hall
                                      United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## NOTICE TO COUNSEL

    This case is designated as an electronically filed case. This means that all pleadings except sealed documents will be required to be filed electronically, pursuant to the accompanying Electronic Filing Order. The procedures contained in the District's CM/ECF Policies and Procedures Manual will apply and counsel will be required to register with the Clerk's Office and provide an email address. The Manual can be found on the court's website at [www.ctd.uscourts.gov.](www.ctd.uscourts.gov) All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from that date forward.

    If electronic filing would impose an undue burden on counsel or the parties, a motion may be made to vacate the Electronic Filing Order, for good cause shown. Any pleadings filed before the effective date, including a motion to vacate the Electronic Filing Order, should be filed in paper form.

**SO ORDERED.**

                                            /s/ Janet C. Hall
                                            Janet C. Hall
                                            United States District Judge

eff. 6/1/05